# Exhibit A

**Byers**
www.byersauto.com
**BYERS IMPORTS, LLC**
401 N HAMILTON RD COLUMBUS, OH 43213
PHONE: (614) 864-5180 · WWW.BYERSIMPORTS.COM

**SERVICE DEPARTMENT HOURS**
7:00 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 2:00 p.m. Saturday

| | |
|---|---|
| R/O Open Date | R/O Number |
| 7/03/20 | 56030178/1 |
| R/O Close Date | Status |
| 9/16/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 36042 | 36050 |

Service Advisor / Tag #
DAVID DEMATTEIS/5105

BOWEN, KENT

Work Phone

Home Phone

Vehicle Identification Number

Delivery Date: 6/28/11
In-Service Date:

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2011 | PORSCHE | PANAMERA | | BLACK | |

### DESCRIPTION OF SERVICE AND PARTS

Cell:      Email:

```
#1 - 01POZ040: 40,000 MILE SERVICE
     40000 MILES FACTORY SERVICE, OIL CHANGE AND
     INSPECTIONS
     Tech: SAM HARDEN            (221)                              1400.00
     Installed 0PB115466 :OIL FILTER INSERT      1@27.42               27.42
     Installed 9A711549900 :SEALING RING         1@10.61               10.61
     Installed MOBIL0W40B :BULK MOBIL 0W40        9@8.96               80.64
     Installed 90012310630 :ALUM SEAL RING        1@1.78                1.78
     Installed PAF008309 :SEALING PLUG            1@8.59                8.59
     Installed 97057362300 :HYBRID PARTICLE FILT 1@37.73               37.73
     Installed 97011022001 :FILTER INSERT        1@60.59               60.59
     Installed 99917022890 :SPARK PLUG           8@24.01              192.08
     Installed 00004321082 :BRAKE FLUID          1@39.31               39.31
     Installed 00004330513 :TRNSMSSN OIL - PDK - 10@32.17             321.70
     Installed 97032182500 :DRAIN PLUG           1@17.78               17.78
     changed oil and filter. topped off fluids and set
     tire pressure. rest service lights.
        Sub Total: 2198.23
----------------------------------------------------------------
#3 - 01POZZIS: MULTI-POINT INSPECT
     MULTI-POINT INSPECT
        Sub Total: .00
----------------------------------------------------------------
#4 - 30POZ: AUTO TRANSMISSION
     PERFORM RECALL AKB1 SHIFTER BUSHING
```

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X



**www.byersauto.com**
**BYERS IMPORTS, LLC**
401 N HAMILTON RD COLUMBUS, OH 43213
PHONE: (614) 864-5180 · WWW.BYERSIMPORTS.COM

SERVICE DEPARTMENT HOURS
7:00 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. to 2:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 7/03/20 | 56030178/2 |
| R/O Close Date | Status |
| 9/16/20 | Pre-Invoice |
| Mileage In | Mileage Out |
| 36042 | 36050 |
| Service Advisor / Tag # | |
| DAVID DEMATTEIS/5105 | |

| BOWEN, KENT | Work Phone | Vehicle Identification Number |
|---|---|---|
| | Home Phone | Delivery Date / In-Service Date |
| | | 6/28/11 |

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2011 | PORSCHE | PANAMERA | | BLACK | |

| DESCRIPTION OF SERVICE AND PARTS | | AMOUNT |
|---|---|---|
| Installed 00004330453 :BALL SOCKET    Qty: 1 | | Warranty |
| ran val performed campaign AKB1 scope 1 | | |
| #5 - 51POZ: BODY ELECTRICAL | | |
| PERFORM RECALL AKA7 AC CONTROL | | |
| ran val performed campaign AKA7 scope 1 | | |
| #6 - 51POZ01: BODY ELECT CONCERN | | |
| CLIENT STATES THE DRIVERS WINDOW OPERATING SWITCH IS BROKEN | | |
| Installed 7PP959858AFDML :SWITCH PANEL | 1@202.51 | 202.51 |
|     Sub Total: 202.51 | | |
| #7 - 51POZ01: BODY ELECT CONCERN | | |
| CLIENT STATES THE PCM WILL CONTINUALLY REBOOT | | |
| Tech: SAM HARDEN         (221) | | |
| ran val. found no faults for pcm. performed hard reset, and no change. disconnected car battery and performed a capacity discharge . | | |
|     Sub Total: .00 | | |
| #8 * Customer Reports: | | |
| CABIN AIR FILTER REPLACEMENT | | |
| replaced cabin air filter | | |
|     Sub Total: .00 | | |
| #9 * Customer Reports: | | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

© 2012 DEALERTRACK SYSTEMS, Inc.

| | | | | R/O Open Date | R/O Number |
|---|---|---|---|---|---|
| **Byers** | | | | 7/03/20 | 56030178/3 |
| www.byersauto.com | | | SERVICE DEPARTMENT HOURS | R/O Close Date | Status |
| **BYERS IMPORTS, LLC** | | | 7:00 a.m. to 6:00 p.m. Monday - Friday | 9/16/20 | Pre-Invoice |
| 401 N HAMILTON RD COLUMBUS, OH 43213 | | | 8:00 a.m. to 2:00 p.m. Saturday | Mileage In | Mileage Out |
| PHONE: (614) 864-5180 · WWW.BYERSIMPORTS.COM | | | | 36042 | 36050 |
| | | | | Service Advisor / Tag # | |
| | | | | DAVID DEMATTEIS/5105 | |
| BOWEN, KENT | | | Work Phone | Vehicle Identification Number | |
| [redacted] | | | | | |
| | | | Home Phone | Delivery Date | In-Service Date |
| | | | [redacted] | 6/28/11 | |
| Year | Make | Model | Body | Color | License Number |
| 2011 | PORSCHE | PANAMERA | | BLACK | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| ENGINE AIR FILTER REPLACEMENT<br>  replaced engine air filter<br>    Sub Total: .00 | |
| #10 *Customer Reports:<br>  OTHER: SPARK PLUGS<br>  replaced spark plugs<br>    Sub Total: .00 | |
| #11 *Customer Reports:<br>  BRAKE FLUSH<br>  performed brake fluid flush<br>    Sub Total: .00 | |
| #12 *Customer Reports:<br>  TRANSMISSION FLUID CHANGE: WITH FILTER AND SEALS<br>  replaced  transmission fluid<br>    Sub Total: .00 | |
| #13 *Customer Reports:<br>  WINDOW SWITCH: MASTER SWITCH: DRIVER DOOR<br>  replaced switch<br>    Sub Total: .00 | |
| #14 *Customer Reports:<br>  OTHER: PCM UNIT<br>  Tech: SAM HARDEN      (221) | 280.00 |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X

© 2012 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group



**BYERS IMPORTS, LLC**
www.byersauto.com
401 N HAMILTON RD COLUMBUS, OH 43213
PHONE: (614) 864-5180 · WWW.BYERSIMPORTS.COM

**SERVICE DEPARTMENT HOURS**
7:00 a.m. to 6:00 p.m. Monday - Friday
8:00 a.m. to 2:00 p.m. Saturday

| Field | Value |
|---|---|
| R/O Open Date | 7/03/20 |
| R/O Number | 56030178/4 |
| R/O Close Date | 9/16/20 |
| Status | Pre-Invoice |
| Mileage In | 36042 |
| Mileage Out | 36050 |
| Service Advisor / Tag # | DAVID DEMATTEIS/5105 |
| Delivery Date | 6/28/11 |

BOWEN, KENT

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2011 | PORSCHE | PANAMERA | | BLACK | |

### DESCRIPTION OF SERVICE AND PARTS

```
Installed 970642963 XDML :CONTROL PART         1@2550.62      2550.62
Core Chg  970642963 UDML :CONTROL PART         1@440.16        440.16
replaced pcm. updated and coded pcm. enabled
functions. loaded navigation  data. pcm is
working . left old pcm on driver rear seat as
requested.
    Sub Total: 3270.78
------------------------------------------------------------------
VARIABLE DISCOUNT P/L                                          -250.00
------------------------------------------------------------------
Please Note:   WEB APPT CREATED 2020-06-14 03:15:43PM TAKEN BY
```

| | Amount |
|---|---|
| LABOR | 1680.00 |
| PARTS | 3991.52 |
| DEDUCTIBLE | .00 |
| SUBLET | .00 |
| SHOP SUPPLIES | 10.00 |
| HAZARDOUS MATERIALS | .00 |
| SALES TAX OR TAX I.D. | 426.11 |
| SPECIAL ORDER DEPOSIT | .00 |
| DISCOUNTS | -250.00 |
| TOTAL DUE | 5857.63 |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

© 2012 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group

# BYERS IMPORTS OFFICE

401 N HAMILTON RD
COLUMBUS, OH 43213
614-864-5180

9/25/2020 4:08PM
Transaction Number 2027489356
Clerk ID Colleen Hall

**Subtotal Amount** $5,857.63
Tax Amount $0.00

----------

**Total Amount** $5,857.63

----------

Amex Credit Sale
Authorization Code Chip - Insert
806076
Result Approved
Message APPROVAL
Invoice Number(s) 56030178
Name Kenton R Bowen
AMERICAN EXPRESS
ID A0000000250010801
IC 1A63FECEB5C2960B

Amex Credit $5,857.63

- Customer Copy -