**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KENT BOWEN and KATHLEEN DARNELL on behalf of themselves and all others similarly situated, | Case No. 1:21-cv-00471-MHC |
| Plaintiffs, | |
| v. | |
| PORSCHE CARS, N.A., INC. | |
| Defendant. | |

## **JOINT REQUEST TO STAY LITIGATION DEADLINES**

Plaintiffs and Defendant jointly request that the Court stay the litigation deadlines previously entered in this case pending finalization of the class settlement reached by the parties.

On July 8, 2022, the Court entered the following case schedule:

| Deadline | Event |
|---|---|
| Nov. 3, 2022 | Class Expert Discovery shall commence |
| Nov. 3, 2022 | Plaintiffs shall identify and serve expert report(s) of any expert they intend to rely upon in support of class certification |
| Jan. 9, 2023 | Defendant shall complete all depositions of Plaintiffs' class expert(s) |
| Jan. 30, 2023 | Defendant shall identify and serve expert report(s) of any expert it intends to rely upon in opposition to class certification |

| Mar. 20, 2023 | Plaintiffs shall complete all depositions of Defendant's class expert(s) |
|---|---|
| Apr. 6, 2023 | Plaintiffs shall identify and serve expert rebuttal report(s), if any, that Plaintiffs intend to rely upon in support of class certification |
| Apr. 21, 2023 | If Plaintiffs submits any rebuttal expert report(s), the Parties shall meet and confer regarding the need for Defendant to submit any sur-rebuttal expert report(s) and, if so, submit a proposed revised schedule addressing timing of any sur-rebuttal report(s), depositions related to same, and any impact on the remaining dates in this scheduling order. |
| May 8, 2023 | Defendant shall complete all depositions of Plaintiff's class rebuttal expert(s), if any |
| May 8, 2023 | Class expert discovery closes |
| May 22, 2023 | Plaintiffs shall file their Motion for Class Certification |
| July 7, 2023 | Defendant shall file its response in opposition to the Motion for Class Certification. |
| July 7, 2023 | Defendant shall file any Rule 702/*Daubert* motions it intends to file against Plaintiffs' class experts |
| Aug. 21, 2023 | Plaintiffs shall file their reply in support of their Motion for Class Certification |
| Aug. 21, 2023 | Plaintiffs shall file any Rule 702/*Daubert* motions they intend to file against Defendant's class experts |
| Aug. 21, 2023 | Plaintiffs shall file their response(s) to any Rule 702/*Daubert* motions Defendant filed against Plaintiffs' class experts |
| Sept. 20, 2023 | Defendant shall file its reply in support of any Rule 702/*Daubert* motions it filed against Plaintiffs' class experts |
| Sept. 20, 2023 | Defendant shall file its response(s) to any Rule 702/*Daubert* motions Plaintiffs filed against Defendant's class experts |
| Oct. 20, 2023 | Plaintiffs shall file their reply in support of any Rule 702/*Daubert* motions they filed against Defendant's class experts |
| Nov. 20, 2023 | Hearing on Class Certification Motion, Rule 702/*Daubert* Motions for Class Experts |

Dkt. 65.

As the parties stated in their August 24, 2022 and September 30, 2022 emails to the Court, they conducted a mediation of this case on August 9, 2022, with the assistance of L. Joseph Loveland, Jr., Esq., of JAMS, and have since reached agreement on a proposed class settlement. The parties have therefore foregone depositions and other litigation efforts and are instead jointly preparing a formal settlement agreement and exhibits.

The parties also intend to participate in an additional mediation to attempt to resolve by agreement Plaintiffs' claim for attorneys' fees and litigation-expense reimbursements. That mediation, also before Mr. Loveland, is scheduled to occur on October 18, 2022.

As the parties prepare for that mediation and continue to diligently work on finalizing their settlement agreement, the parties anticipate they will be in position to conclude those efforts, and for Plaintiffs to move for preliminary approval of the proposed settlement, by early November. The parties accordingly request that the Court formally stay the previously entered litigation deadlines so that the parties can continue to focus their efforts on resolving this litigation.

This request is consistent with "[t]he District Court ha[ving] broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). A stay of previously entered deadlines would allow the parties to avoid needlessly spending time and money litigating a case that

they have already settled. *See Boehringer v. C R Bard Inc.*, 2020 U.S. Dist. LEXIS 186939, at *1 (M.D. Fla. Oct. 8, 2020) (citing *Clinton* and granting stay to allow parties to finalize settlement); *see also* FED. R. CIV. P. 1. Accordingly, the parties jointly request that the Court exercise its discretion to stay all litigation deadlines, pending Plaintiffs' forthcoming motion for preliminary settlement approval under Federal Rule of Civil Procedure 23(e)(1).

Respectfully submitted,

Dated:  October 11, 2022

<div style="margin-left:40%">

*/s/ Michael A. Caplan_____*
Michael A. Caplan
Georgia Bar No. 601039
T. Brandon Waddell
Georgia Bar No. 252639
CAPLAN COBB LLC
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Telephone: (404) 596-5600
Facsimile: (404) 596-5604
mcaplan@caplancobb.com
bwaddell@caplancobb.com

Matthew R. Wilson (*pro hac vice*)
mwilson@meyerwilson.com
Michael J. Boyle, Jr. (*pro hac vice*)
mboyle@meyerwilson.com
MEYER WILSON CO., LPA
305 West Nationwide Boulevard
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

</div>

David Stein (*pro hac vice*)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ds@classlawgroup.com
ajb@classlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*


/s/ Cari Dawson
Cari Dawson
Kara Kennedy
ALSTON & BIRD, LLP
1201 W Peachtree St, NE #4900
Atlanta, GA 30309
Cari.Dawson@alston.com
Kara.Kennedy@alston.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 11th day of October, 2022.

/s/ Michael A. Caplan_____
Michael A. Caplan
Georgia Bar No. 601039
CAPLAN COBB LLC
mcaplan@caplancobb.com

*Counsel for Plaintiffs and the Proposed Class*