**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KENT BOWEN and KATHLEEN DARNELL on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>PORSCHE CARS, N.A., INC.<br><br>   Defendant. | Case No. 1:21-CV-471-MHC |

## **PLAINTIFFS' NOTICE OF FILING**

Plaintiffs hereby give notice of the filing of the following document:

- [Proposed] Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Settlement and Awarding Attorneys' Fees, Costs, and Expenses.

[signatures on following page]

1

Respectfully submitted this 7th day of June, 2023.

By: */s/ Matthew R. Wilson*
Matthew R. Wilson (*pro hac vice*)
mwilson@meyerwilson.com
Michael J. Boyle, Jr. (*pro hac vice*)
mboyle@meyerwilson.com
MEYER WILSON CO., LPA
305 West Nationwide Boulevard
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*/s/ T. Brandon Waddell*
Michael A. Caplan
Georgia Bar No. 601039
T. Brandon Waddell
Georgia Bar No. 252639
CAPLAN COBB LLC
75 Fourteenth Street, NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com
bwaddell@caplancobb.com

*/s/ David Stein*
David Stein (*pro hac vice*)
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ds@classlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing by electronically mailing a copy of the same to counsel of record, who, by registering with the Court's CM/ECF system, has consented to electronic service.

This 7th day of June, 2023.

*/s/ T. Brandon Waddell*
T. Brandon Waddell
bwaddell@caplancobb.com

*Counsel for Plaintiffs and the Proposed Class*